852

No. 73–6675.  SMITH v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–6676.  STEPHENS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–6677.  MORALES v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6678.  CURTIS v. ALABAMA.  C. A. 5th Cir. Certiorari denied.

No. 73–6679.  FARRIS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 73–6681.  LILES v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 73–6683.  CRANDALL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–6685.  HOOD ET UX. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6686.  STAFFORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–6687.  SQUIRES ET AL. v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–6689.  WILLIAMS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6690.  BIBBS v. MISSOURI.  Ct. App. Mo., St. Louis Dist.  Certiorari denied.